**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

<u>Official Form 201</u>

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Lewis Specialties Trucking Service, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  3 – 2  0  9  0  3  4  7 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2100 Main Avenue** <br> Number    Street | **5010 Cobblestone** <br> Number    Street |
| | P.O. Box |
| **Groves**          **TX**   **77619** <br> City          State   ZIP Code | **Groves**          **TX**   **77619** <br> City          State   ZIP Code |
| **Jefferson** <br> County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City          State   ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.lewisspecialties.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____

| 7. | **Describe debtor's business** | *A.  Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☐ No |
|---|---|---|
|  | If more than 2 cases, attach a separate list. | ☒ Yes.  District **Eastern District of Texas**   When **05/05/2017**   Case number **17-10270** |

                                            MM / DD / YYYY

District _____   When _____   Case number _____
                                            MM / DD / YYYY

District _____   When _____   Case number _____
                                            MM / DD / YYYY

Debtor  **Lewis Specialties Trucking Service, LLC**                Case number (if known) _____
       _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
                                            MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                            MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number      Street

                            _____

                            _____
                            City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor  **Lewis Specialties Trucking Service, LLC** _____   Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | | |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | | |
| | | ☐ 200-999 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **15.** | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | | |
|---|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▓ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/04/2018** _____
             MM / DD / YYYY

X  **/s/ Antonio Lewis** _____   **Antonio Lewis** _____
      Signature of authorized representative of debtor   Printed name

Title  **President** _____

**18. Signature of attorney**

X  **/s/ Diane S. Barron** _____   Date  **05/04/2018** _____
      Signature of attorney for debtor         MM / DD / YYYY

      **Diane S. Barron** _____
      Printed name

      **Barron & Barron, LLP** _____
      Firm name

      **P.O. Box 1347** _____
      Number     Street

      _____

      **Nederland** _____   **TX**   **77627** _____
      City   State   ZIP Code

      **(409) 727-0073** _____   **dsbarron@rbarronlaw.com** _____
      Contact phone   Email address

      **24043310** _____
      Bar number   State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Lewis Specialties Trucking Service, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

2. **Cash on hand**                                                                       $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
   |---|---|---|---|---|
   | 3.1. | **Neches Federal Credit Union** | **Checking account** | 1 9 8 6 | $498.00 |
   | 3.2. | **Neches Federal Credit Union** | **Savings account** | 0 0 1 9 | $25.00 |
   | 3.3. | **Chase** | **Checking account** | 0 6 2 4 | $15,759.97 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $16,282.97

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| Debtor | **Lewis Specialties Trucking Service, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**7. Deposits, including security deposits and utility deposits**

Current value of debtor's interest

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

| 11a. | 90 days old or less: | **$81,190.80** | – | **$0.00** | = ............. ➔ | **$81,190.80** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | **$0.00** | – | **$0.00** | = ............. ➔ | **$0.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$81,190.80

## Part 4:  Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                                        % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor    **Lewis Specialties Trucking Service, LLC**                Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____
      Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

**Desk, Chairs, Computers, Printers, Scanner, Phone Set, File Cabinets, Couch Set, Stove, Microwave, Refrigerator, Television**                                  $2,800.00

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                              **$2,800.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.  **1995 Peterbilt**

**Vin #3525**

**Free & Clear**
**leased to Jacob Transportation, Inc.**                                         $15,000.00

47.2.  **2000 International**

**Vin #6651**
**leased to Jacob Transportation, Inc.**                                         $5,000.00

47.3.  **1995 Freightliner**

**Vin #7246**
**leased to Jacob Transportation, Inc.**                                         $5,000.00

Debtor    **Lewis Specialties Trucking Service, LLC**    Case number (if known) _____
                Name

47.4. **2005 Freightliner**

**Vin #9450**
**leased to Jacob Transportation, Inc.** _____ _____ **$7,000.00**

47.5. **2007 Freightliner**

**Vin #5490**
**leased to Jacob Transportation, Inc.** _____ _____ **$8,000.00**

47.6. **2007 Freightliner**

**Vin #5489**
**leased to Jacob Transportation, Inc.** _____ _____ **$7,000.00**

47.7. **1995 International**
**leased to Jacob Transportation, Inc.** _____ _____ **$6,000.00**

47.8. **1993 Kenworth T800A**
**leased to Jacob Transportation, Inc.** _____ _____ **$20,000.00**

47.9. **2003 International Dump Truck**
**leased to Jacob Transportation, Inc.** _____ _____ **$10,000.00**

47.10. **2005 Dodge 1500 SRT10**
**leased to Jacob Transportation, Inc.** _____ _____ **$15,125.00**

47.11. **2007 Freightliner**
**leased to Jacob Transportation, Inc.** _____ _____ **$10,000.00**

47.12. **2014 Ford F-150 (76,000 miles)**
**leased to Jacob Transportation, Inc.** _____ _____ **$30,917.00**

47.13. **1993 Kenworth**
**leased to Jacob Transportation, Inc.** _____ _____ **$10,000.00**

47.14. **2005 Peterbilt**
**leased to Jacob Transportation, Inc.** _____ _____ **$15,000.00**

47.15. **2006 Freightliner**
**leased to Jacob Transportation, Inc.** _____ _____ **$7,000.00**

47.16. **1999 Peterbilt**
**leased to Jacob Transportation, Inc.** _____ _____ **$45,000.00**

47.17. **2007 Freightliner**
**leased to Jacob Transportation, Inc.** _____ _____ **$10,000.00**

47.18. **2005 GMC 4500**
**leased to Jacob Transportation, Inc.** _____ _____ **$20,000.00**

47.19. **2007 Freightliner**
**leased to Jacob Transportation, Inc.** _____ _____ **$10,000.00**

47.20. **2017 Ford F-450** **$98,000.00**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**

**1- Pig Cement Silo**
**leased to Jacob Transportation, Inc.** _____ _____ **$25,000.00**

**1964 & 1968 Pig Cement Silo**
**leased to Jacob Transportation, Inc.** _____ _____ **$50,000.00**

Debtor   **Lewis Specialties Trucking Service, LLC**                      Case number (if known) _____
              Name

| 3-Pressure Washers leased to Jacob Transportation, Inc. | | | | $15,000.00 |
|---|---|---|---|---|
| 3 - Pig Cement Silo & 2003 Freightliner leased to Jacob Transportation, Inc. | | | | $82,500.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                             $526,542.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 9:   Real property

**54.** **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2100 Main Ave in Groves, Texas Lease on 2100 Main Ave Groves, Texas** | leasehold | $0.00 | | $0.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          $0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 10:   Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

Debtor    __**Lewis Specialties Trucking Service, LLC**_____    Case number (if known) _____
              Name

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.                          | **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
     ☒ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☒ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☒ No.  Go to Part 12.
     ☐ Yes.  Fill in the information below.

                                                                        **Current value of
                                                                        debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.                          | **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Debtor   **Lewis Specialties Trucking Service, LLC**        Case number (if known) _____
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $16,282.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $81,190.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $526,542.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $626,815.77 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................... **$626,815.77**

**Fill in this information to identify the case:**

Debtor name   **Lewis Specialties Trucking Service, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑   Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   List in alphabetical order all creditors who have secured claims. If a creditor has more
     than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.1**

| Creditor's name<br>**Ally** | Describe debtor's property that is<br>subject to a lien | $98,409.00 | $98,000.00 |
| --- | --- | --- | --- |

Creditor's mailing address
**P.O. Box 380901**

**2017 Ford F-450**

Describe the lien

**Purchase Money / Agreement**

**Bloomington       MN    55438**

**Is the creditor an insider or related party?**

☑   No

Creditor's email address, if known

☐   Yes

**Is anyone else liable on this claim?**

Date debt was incurred     **2017**

☐   No

Last 4 digits of account
number                      **3   2   0   1**

☑   Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑   No

☐   Contingent

☐   Yes. Specify each creditor, including this
     creditor, and its relative priority.

☐   Unliquidated

☑   Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the
     Additional Page, if any.**

$764,223.12

Debtor   **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  |  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.2** Creditor's name
**Bravo Capital**

Creditor's mailing address
**1214 CBS W. 5th St.**

_____

_____

**Austin            TX      78703**

Creditor's email address, if known

_____

Date debt was incurred      **9/2015**

Last 4 digits of account
number                    **0    4    3    6**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**1993 Kenworth**

Describe the lien
**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$16,057.00          $10,000.00

---

**2.3** Creditor's name
**Bravo Capital**

Creditor's mailing address
**1214 CBS W. 5th St.**

_____

**Austin            TX      78703**

Creditor's email address, if known

_____

Date debt was incurred      **9/2015**

Last 4 digits of account
number                    **0    4    3    6**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2005 Peterbilt**

Describe the lien
**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$16,057.00          $15,000.00

Debtor   **Lewis Specialties Trucking Service, LLC** _____   Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**  Creditor's name
**Bravo Capital**

Creditor's mailing address
**1214 CBS W. 5th St.**
_____
_____
**Austin          TX   78703**

Creditor's email address, if known
_____

Date debt was incurred   **12/2014**

Last 4 digits of account
number          **0   2   7   5**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?
   ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien
**2006 Freightliner**

Describe the lien
**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$9,654.00          $7,000.00

**2.5**  Creditor's name
**Fact One Capital**

Creditor's mailing address
**312 Sandy**
_____
**Argyle          TX   76226**

Creditor's email address, if known
_____

Date debt was incurred   **2015**

Last 4 digits of account
number          **0   2   0   9**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?
   ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien
**3 - Pig Cement Silo & 2003**
**Freightliner**

Describe the lien
**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$150,901.00          $82,500.00

Debtor    **Lewis Specialties Trucking Service, LLC**          Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.6**

| Creditor's name | Describe debtor's property that is subject to a lien | $26,467.00 | $15,000.00 |
|---|---|---|---|

**Lease Consultants**

Creditor's mailing address
**P.O. Box 71397**

**3-Pressure Washers**

Describe the lien

**Purchase Money / Agreement**

_____

**Des Moines          IA    50325**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

_____

Date debt was incurred     **3/2015**

Last 4 digits of account number          **7  3  3  7**

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is: Check all that apply.

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.7**

| Creditor's name | Describe debtor's property that is subject to a lien | $25,701.00 | $25,000.00 |
|---|---|---|---|

**Neches Federal Credit Union**

Creditor's mailing address
**P.O. Box 1118**

**1- Pig Cement Silo**

Describe the lien

**Purchase Money / Agreement**

_____

**Port Neches          TX    77651**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

_____

Date debt was incurred     **2/2/2016**

Last 4 digits of account number          **0  1  9  7**

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is: Check all that apply.

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **Lewis Specialties Trucking Service, LLC**    Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.8**  Creditor's name
**Neches Federal Credit Union**

Creditor's mailing address
**P.O. Box 1118**

_____

_____

**Port Neches          TX    77651**

Creditor's email address, if known

_____

Date debt was incurred    **2/26/2016**

Last 4 digits of account
number          **0    1    9    8**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**1993 Kenworth T800A**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,229.00          $20,000.00

**2.9**  Creditor's name
**Neches Federal Credit Union**

Creditor's mailing address
**P.O. Box 1118**

_____

_____

**Port Neches          TX    77651**

Creditor's email address, if known

_____

Date debt was incurred    **5/19/2016**

Last 4 digits of account
number          **0    1    9    9**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2003 International Dump Truck**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,162.00          $10,000.00

Debtor   **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| **2.10** | Creditor's name | Describe debtor's property that is | $2,870.12 | $15,125.00 |
|---|---|---|---|---|

**Neches Federal Credit Union**                    subject to a lien

Creditor's mailing address                         **2005 Dodge 1500 SRT10**
**P.O. Box 1118**

_____                   Describe the lien

_____                   **Purchase Money / Agreement**

**Port Neches         TX    77651**                Is the creditor an insider or related party?

Creditor's email address, if known                ☑ No
                                                   ☐ Yes
_____

Date debt was incurred    **11/20/2013**           Is anyone else liable on this claim?

Last 4 digits of account                           ☐ No
number              **0   1   9   2**              ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in          As of the petition filing date, the claim is:
the same property?                                 Check all that apply.

☑ No                                               ☐ Contingent
☐ Yes. Have you already specified the              ☐ Unliquidated
        relative priority?                         ☐ Disputed

    ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
         specified on lines _____


| **2.11** | Creditor's name | Describe debtor's property that is | $10,908.00 | $10,000.00 |
|---|---|---|---|---|

**Neches Federal Credit Union**                    subject to a lien

Creditor's mailing address                         **2007 Freightliner**
**P.O. Box 1118**

_____                   Describe the lien

_____                   **Purchase Money / Agreement**

**Port Neches         TX    77651**                Is the creditor an insider or related party?

Creditor's email address, if known                ☑ No
                                                   ☐ Yes
_____

Date debt was incurred    **9/17/2014**            Is anyone else liable on this claim?

Last 4 digits of account                           ☐ No
number              **0   1   9   3**              ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in          As of the petition filing date, the claim is:
the same property?                                 Check all that apply.

☐ No                                               ☐ Contingent
☑ Yes. Have you already specified the              ☐ Unliquidated
        relative priority?                         ☐ Disputed

    ☑ No. Specify each creditor, including this
         creditor, and its relative priority.

        **1) Neches Federal Credit Union;
        2) Pawnee Leasing.**

    ☐ Yes. The relative priority of creditors is
         specified on lines _____

Debtor   **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.12**  Creditor's name
**Neches Federal Credit Union**

Creditor's mailing address
**P.O. Box 1118**

_____

_____

**Port Neches        TX    77651**

Creditor's email address, if known

_____

Date debt was incurred    **2/1/2016**

Last 4 digits of account
number              **0 __ 1 __ 9 __ 5**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
    relative priority?

   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien                                     **$48,238.00**        **$50,000.00**

**1964 & 1968 Pig Cement Silo**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.13**  Creditor's name
**Neches Federal Credit Union**

Creditor's mailing address
**P.O. Box 1118**

_____

_____

**Port Neches        TX    77651**

Creditor's email address, if known

_____

Date debt was incurred    **9/1/2015**

Last 4 digits of account
number              **0 __ 1 __ 9 __ 4**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
    relative priority?

   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien                                     **$29,760.00**        **$30,917.00**

**2014 Ford F-150 (76,000 miles)**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **Lewis Specialties Trucking Service, LLC**    Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.14**

Creditor's name
**Neches Federal Credit Union**

Creditor's mailing address
**P.O. Box 1118**

_____

**Port Neches        TX    77651**

Creditor's email address, if known

_____

Date debt was incurred    **2015-2017**

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
          relative priority?

  ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is
subject to a lien

**2000 International, 1995, 2005, 2007
and 2007 Frei**

Describe the lien

**Line of Credit**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$83,000.00        $32,000.00

---

**2.15**

Creditor's name
**Pawnee Leasing**

Creditor's mailing address
**700 Centre Ave.**

_____

**Fort Collins        CO    80526**

Creditor's email address, if known

_____

Date debt was incurred    **3/11/2016**

Last 4 digits of account
number    **6   3   6   1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
          relative priority?

  ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is
subject to a lien

**2005 GMC 3500**

Describe the lien

**Purchase Money / Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$36,548.00        $20,000.00

---

Debtor   **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.16**   Creditor's name
**Pawnee Leasing**

Creditor's mailing address
**700 Centre Ave.**
_____

_____

**Fort Collins          CO    80526**

Creditor's email address, if known
_____

Date debt was incurred    **2015**

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
          relative priority?

    ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
             specified on lines **2.11**

Describe debtor's property that is
subject to a lien

**2007 Freightliner**

Describe the lien

**Purchase Money / Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$36,136.00**     Value of collateral: **$10,000.00**

---

**2.17**   Creditor's name
**Strada Capitol**

Creditor's mailing address
**23046 Avenida De La Carlota, Ste. 350**
_____

**Laguna Hills          CA    92653**

Creditor's email address, if known
_____

Date debt was incurred    **10/9/2014**

Last 4 digits of account
number          **0   5   3   5**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
          relative priority?

    ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
             specified on lines  _____

Describe debtor's property that is
subject to a lien

**2007 Freightliner**

Describe the lien

**Purchase Money / Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$38,729.00**     Value of collateral: **$10,000.00**

Debtor  **Lewis Specialties Trucking Service, LLC**          Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.18**

| Creditor's name | Describe debtor's property that is subject to a lien | $88,397.00 | $45,000.00 |
|---|---|---|---|

**Strada Capitol**

Creditor's mailing address

**23046 Avenida De La Carlota, Ste. 350**

_____

**Describe debtor's property that is subject to a lien**

**1999 Peterbilt**

**Describe the lien**

**Purchase Money / Agreement**

_____

**Laguna Hills          CA   92653**

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred     **3/2017**

**Last 4 digits of account number**          ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Lewis Specialties Trucking Service, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Antonio Lewis**

**2100 Main Ave.**

**Groves**          **TX**      **77619**

Date or dates debt was incurred

**12/2015**

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Pay**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$59,569.00**     Priority amount: **$59,569.00**

**2.2** Priority creditor's name and mailing address

**Texas Comptroller**

**111 E. 17th Street**

**Austin**          **TX**      **78774**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Franchise tax**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$3,525.00**     Priority amount: **$3,525.00**

| Debtor | **Lewis Specialties Trucking Service, LLC** | Case number (if known) | _____ |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Abel Torres

c/o David Swick

1225 North Loop West, Ste. 525

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77008 |
|---|---|---|

**Basis for the claim:**
Negligence lawsuit

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

Anthony Thomas

c/o Jill Swearingen Pierce

3120 Central Mall Dr.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Port Arthur | TX | 77642 |
|---|---|---|

**Basis for the claim:**
Lawsuit

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

Antonio Lewis

2100 Main Ave.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Groves | TX | 77619 |
|---|---|---|

**Basis for the claim:**
Loan to business

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,000.00** |
|---|---|---|---|

BFS

5852B Farringdon Place

☐ Contingent
☐ Unliquidated
☑ Disputed

| Raleigh | NC | 27615 |
|---|---|---|

**Basis for the claim:**
Signature Loan

Date or dates debt was incurred  11/17/2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0  7  3  1

---

| Debtor | **Lewis Specialties Trucking Service, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Capital One**

**P.O. Box 85617**

**Richmond**　　　　　　　　**VA**　　**23285**

Date or dates debt was incurred　　**2015-2017**

Last 4 digits of account number　　___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$3,000.00**

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Donnie Thibedeaux**

**c/o Matthew Matheny**

**P.O. Box 4905**

**Beaumont**　　　　　　　　**TX**　　**77704**

Date or dates debt was incurred

Last 4 digits of account number　　___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Lawsuit**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Unknown**

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Houston Collins and Edward Holmes**

**c/o James Lever**

**P.O. Drawer 809**

**Hazlehurst**　　　　　　　　**MS**　　**39083**

Date or dates debt was incurred

Last 4 digits of account number　　___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Personal injury claim**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Unknown**

---

**3.8** | **Nonpriority creditor's name and mailing address**

**J&T Maintenance**

**2100 Main Ave.**

**Groves**　　　　　　　　**TX**　　**77619**

Date or dates debt was incurred　　**2016 - 2017**

Last 4 digits of account number　　___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Maintenance**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$60,000.00**

---

| Debtor | **Lewis Specialties Trucking Service, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,808.00 |
|---|---|---|---|

**Neches Federal Credit Union**

**P.O. Box 1118**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Port Neches** | **TX** | **77651** |
|---|---|---|

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred    **4/2014**

**Is the claim subject to offset?**

Last 4 digits of account number    **0   2   0   4**

☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $40,000.00 |
|---|---|---|---|

**On Deck**

**1400 Broadway**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **New York** | **NY** | **10018** |
|---|---|---|

**Basis for the claim:**
**Line of Credit**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

Last 4 digits of account number    **4   6   5   8**

☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown |
|---|---|---|---|

**Russel Smith**

**c/o Clay Dugas**

**805 Park**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Beaumont** | **TX** | **77701** |
|---|---|---|

**Basis for the claim:**
**Personal injury lawsuit**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor     **Lewis Specialties Trucking Service, LLC**                          Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Internal Revenue Service**                 Line _____              __ __ __ __

**Centralized Insolvency Operations**         ☑ Not listed.  Explain:

**P.O. Box 7346**                                  **Required Notification**

**Philadelphia            PA      19101-7346**

4.2   **United States Attorney's Office**        Line _____              __ __ __ __

**350 Magnolia Ave., Ste 150**                ☑ Not listed.  Explain:

**Required Notification**

**Beaumont             TX      77701-2248**

Debtor    **Lewis Specialties Trucking Service, LLC**                                    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$63,094.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$386,809.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$449,903.00** |

**Fill in this information to identify the case:**

Debtor name      **Lewis Specialties Trucking Service, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number      _____      Chapter      **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
        (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    State the name and mailing address for all other
    parties with whom the debtor has an executory
    contract or unexpired lease

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | rental agreement<br>**Contract to be ASSUMED** | **Antonio Lewis** |
|---|---|---|---|
|  |  |  | **2100 Main Avenue** |
|  | **State the term remaining** | _____ |  |
|  | **List the contract number of any government contract** | _____ | **Groves**            **TX**      **77619** |

**Fill in this information to identify the case:**

Debtor name **Lewis Specialties Trucking Service, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Antonio Lewis** | **5010 Cobblestone Court** <br> Number     Street <br><br> **Groves                TX    77619** <br> City                                State   ZIP Code | **Ally** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Antonio Lewis** | **5010 Cobblestone Court** <br> Number     Street <br><br> **Groves                TX    77619** <br> City                                State   ZIP Code | **Bravo Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **Antonio Lewis** | **5010 Cobblestone Court** <br> Number     Street <br><br> **Groves                TX    77619** <br> City                                State   ZIP Code | **Bravo Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 **Antonio Lewis** | **5010 Cobblestone Court** <br> Number     Street <br><br> **Groves                TX    77619** <br> City                                State   ZIP Code | **Bravo Capital** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor  **Lewis Specialties Trucking Service, LLC**          Case number (if known) _____

---

**█ Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Antonio Lewis | 5010 Cobblestone Court<br>Number      Street<br><br>Groves          TX   77619<br>City              State  ZIP Code | Fact One Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Antonio Lewis | 5010 Cobblestone Court<br>Number      Street<br><br>Groves          TX   77619<br>City              State  ZIP Code | Lease Consultants | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | Antonio Lewis | 5010 Cobblestone Court<br>Number      Street<br><br>Groves          TX   77619<br>City              State  ZIP Code | Neches Federal Credit Union | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Antonio Lewis | 5010 Cobblestone Court<br>Number      Street<br><br>Groves          TX   77619<br>City              State  ZIP Code | Neches Federal Credit Union | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Antonio Lewis | 5010 Cobblestone Court<br>Number      Street<br><br>Groves          TX   77619<br>City              State  ZIP Code | Neches Federal Credit Union | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Antonio Lewis | 5010 Cobblestone Court<br>Number      Street<br><br>Groves          TX   77619<br>City              State  ZIP Code | Neches Federal Credit Union | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Antonio Lewis | 5010 Cobblestone Court<br>Number      Street<br><br>Groves          TX   77619<br>City              State  ZIP Code | Neches Federal Credit Union | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Lewis Specialties Trucking Service, LLC** | Case number (if known) | |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.12  Antonio Lewis** | **5010 Cobblestone Court**<br>Number    Street<br><br>**Groves          TX    77619**<br>City              State  ZIP Code | **Neches Federal Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| **2.13  Antonio Lewis** | **5010 Cobblestone Court**<br>Number    Street<br><br>**Groves          TX    77619**<br>City              State  ZIP Code | **Neches Federal Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| **2.14  Antonio Lewis** | **5010 Cobblestone Court**<br>Number    Street<br><br>**Groves          TX    77619**<br>City              State  ZIP Code | **Neches Federal Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| **2.15  Antonio Lewis** | **5010 Cobblestone Court**<br>Number    Street<br><br>**Groves          TX    77619**<br>City              State  ZIP Code | **Pawnee Leasing** | ☑ D<br>☐ E/F<br>☐ G |
| **2.16  Antonio Lewis** | **5010 Cobblestone Court**<br>Number    Street<br><br>**Groves          TX    77619**<br>City              State  ZIP Code | **Pawnee Leasing** | ☑ D<br>☐ E/F<br>☐ G |
| **2.17  Antonio Lewis** | **5010 Cobblestone Court**<br>Number    Street<br><br>**Groves          TX    77619**<br>City              State  ZIP Code | **Strada Capitol** | ☑ D<br>☐ E/F<br>☐ G |
| **2.18  Antonio Lewis** | **5010 Cobblestone Court**<br>Number    Street<br><br>**Groves          TX    77619**<br>City              State  ZIP Code | **Strada Capitol** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Lewis Specialties Trucking Service, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
    Copy line 88 from Schedule A/B........................................................................................... | **$0.00**

    1b.   **Total personal property:**
    Copy line 91A from Schedule A/B......................................................................................... | **$626,815.77**

    1c.   **Total of all property**
    Copy line 92 from Schedule A/B........................................................................................... | **$626,815.77**

---

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$764,223.12**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................... | **$63,094.00**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | **+ $386,809.00**

4.   **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................................ | **$1,214,126.12**

**Fill in this information to identify the case and this filing:**

Debtor Name **Lewis Specialties Trucking Service, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/04/2018**
    MM / DD / YYYY

X **/s/ Antonio Lewis** _____
Signature of individual signing on behalf of debtor

**Antonio Lewis** _____
Printed name

**President** _____
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Lewis Specialties Trucking Service, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>EASTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2018**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$319,011.78** |
| **For prior year:** | From **01/01/2017**<br>MM / DD / YYYY | to | **12/31/2017**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,395,931.00** |
| **For the year before that:** | From **01/01/2016**<br>MM / DD / YYYY | to | **12/31/2016**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,073,445.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Fact One Capital**<br>Creditor's name<br>**312 Sandy**<br>Street<br><br>**Argyle**     **TX**   **76226**<br>City     State   ZIP Code | 02/2018-<br>04/2018 | **$7,575.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.2. **Antonio Lewis**
Creditor's name

Street

**Groves**                **TX**   **77619**
City                State   ZIP Code

Dates: **02/2018-04/2018**

Total amount or value: **$9,000.00**

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.3. **Neches Federal Credit Union**
Creditor's name
**P.O. Box 1118**
Street

**Port Neches**              **TX**   **77651**
City                State   ZIP Code

Dates: **02/2018-03/2018**

Total amount or value: **$6,874.00**

Reasons for payment or transfer
*Check all that apply*
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1. **Antonio Lewis**
Insider's name

Street

City                State   ZIP Code

Relationship to debtor
**President**

Dates: **04/2017-04/2018**

Total amount or value: **$21,360.00**

Reasons for payment or transfer: **Salary**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.2. **Antonio Lewis**
Insider's name

Street

City                State   ZIP Code

Relationship to debtor
**President**

Dates: **04/2017-05/2018**

Total amount or value: **$38,000.00**

Reasons for payment or transfer: **Rent**

| Debtor | **Lewis Specialties Trucking Service, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3. | **Antonio Lewis** | **04/2018** | **$2,500.00** | **payment on debt owed by** |
| | Insider's name | | | **corporation** |
| | | | | |
| | Street | | | |
| | | | | |
| | | | | |
| | City                    State      ZIP Code | | | |

**Relationship to debtor**

**President**

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Donnie Thibedeaux vs John Schmidt and Lewis Speciality Trucks** | **Personal Injury** | **In the District Court of Jefferson Coun** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **1085 Pearl Street, Room 203** | |
| | | | Street | ☐ Concluded |
| | Case number | | | |
| | **D-199929** | | **Beaumont           TX   77701** | |
| | | | City                State   ZIP Code | |
| 7.2. | **Arthur Thomas vs Lewis Specialties Trucking Service** | **Personal Injury** | **In the District Court of Jefferson Coun** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **1085 Pearl Street, Room 203** | |
| | | | Street | ☐ Concluded |
| | Case number | | | |
| | **B194-990** | | **Beaumont           TX   77701** | |
| | | | City                State   ZIP Code | |

Debtor   **Lewis Specialties Trucking Service, LLC**   Case number (if known) _____
      Name

| | | | | |
|---|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | | **Status of case** |
| 7.3. **Russell Smith v. Lewis Specialties Trucking, et a** | **personal injury** | **58th District Court - Jefferson County** <br> Name <br><br> _____ <br> Street <br><br> _____ | | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| **Case number** <br> **A-200277** | | City      State  ZIP Code | | |
| 7.4. **Abel Torres v Lewis Specialties Trucking Service, LLC et al** | **negligent work space** | **D.C. of Jefferson County** <br> Name <br> **172 Judicial District** <br> Street <br><br> _____ | | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| **Case number** <br> **E-200606** | | City      State  ZIP Code | | |

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| **Part 5:** | **Certain Losses** |
|---|---|

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Lewis Specialties Trucking Service, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barron & Barron, LLP** | | **05/01/2018** | **$10,000.00** |

**Address**

**P.O. Box 1347**
Street

**Nederland**          **TX**     **77627**
City                            State      ZIP Code

**Email or website address**
**ecffiling@rbarronlaw.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | **6249 Gulfway Dr.** | From _____ | To _____ |
| | Street | | |

**Groves**          **TX**     **77619**
City                          State      ZIP Code

Debtor    __**Lewis Specialties Trucking Service, LLC**_____    Case number (if known) _____
        Name

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
     ☐ No.  Go to Part 10.
     ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____
Name

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

Debtor   **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____
          Name

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |

26a.1.   **John Nguyen** _____   From   **3/2017**   To   **Present**
         Name
         **15045 21st St.** _____
         Street
         _____

         **Nederland**                    **TX**      **77627**
         City                             State       ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
       financial statement within 2 years before filing this case.

☑ None

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Antonio R. Lewis** | **5010 Cobblestone Court Groves, TX 77619** | **President** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |

Debtor   **Lewis Specialties Trucking Service, LLC**                              Case number (if known) _____
Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Antonio Lewis**<br>Name<br>**5010 Cobblestone Court**<br>Street<br><br>**Groves          TX    77619**<br>City          State  ZIP Code<br><br>**Relationship to debtor** | **Salary**<br>**$22,000.00** | **2017** | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Antonio Lewis**<br>Name<br>**5010 Cobblestone Court**<br>Street<br><br>**Groves          TX    77619**<br>City          State  ZIP Code<br><br>**Relationship to debtor** | **Rent**<br>**$36,000.00** | **2017** | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor     **Lewis Specialties Trucking Service, LLC**                              Case number (if known) _____
             Name

| Part 14: | Signature and Declaration |

**WARNING** --Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/04/2018**
                MM / DD / YYYY

X **/s/ Antonio Lewis**                                      Printed name  **Antonio Lewis**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **President**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    <u>**Lewis Specialties Trucking Service, LLC**</u>

United States Bankruptcy Court for the: <u>**EASTERN DISTRICT OF TEXAS**</u>

Case number
(if known)    _____

☐ Check if this is an
    amended filing

**Official Form 204**

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
<strong>12/15</strong>

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BFS
5852B Farringdon Place
Raleigh, NC 27615 | | Signature Loan | Disputed | | | $270,000.00 |
| 2 | Fact One Capital
312 Sandy
Argyle, TX 76226 | | Purchase Money | Disputed | $150,901.00 | $82,500.00 | $68,401.00 |
| 3 | J&T Maintenance
2100 Main Ave.
Groves, TX 77619 | | Maintenance | Disputed | | | $60,000.00 |
| 4 | Antonio Lewis
2100 Main Ave.
Groves, TX 77619 | | Pay | | | | $59,569.00 |
| 5 | Neches Federal Credit Union
P.O. Box 1118
Port Neches, TX 77651 | | Line of Credit | | $83,000.00 | $32,000.00 | $51,000.00 |

Debtor    **Lewis Specialties Trucking Service, LLC**    Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Strada Capitol 23046 Avenida De La Carlota, Ste. 350 Laguna Hills, CA 92653 | | Purchase Money | Disputed | $88,397.00 | $45,000.00 | $43,397.00 |
| 7  On Deck 1400 Broadway New York, NY 10018 | | Line of Credit | Disputed | | | $40,000.00 |
| 8  Pawnee Leasing 700 Centre Ave. Fort Collins, CO 80526 | | Purchase Money | Disputed | $36,136.00 | $0.00 | $36,136.00 |
| 9  Strada Capitol 23046 Avenida De La Carlota, Ste. 350 Laguna Hills, CA 92653 | | Purchase Money | Disputed | $38,729.00 | $10,000.00 | $28,729.00 |
| 10  Pawnee Leasing 700 Centre Ave. Fort Collins, CO 80526 | | Purchase Money | Disputed | $36,548.00 | $20,000.00 | $16,548.00 |
| 11  Lease Consultants P.O. Box 71397 Des Moines, IA 50325 | | Purchase Money | Disputed | $26,467.00 | $15,000.00 | $11,467.00 |
| 12  Neches Federal Credit Union P.O. Box 1118 Port Neches, TX 77651 | | Purchase Money | | $21,162.00 | $10,000.00 | $11,162.00 |
| 13  Neches Federal Credit Union P.O. Box 1118 Port Neches, TX 77651 | | Credit Card | | | | $8,808.00 |

Debtor    **Lewis Specialties Trucking Service, LLC**                    Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Bravo Capital 1214 CBS W. 5th St. Austin, TX 78703 | | Purchase Money | Disputed | $16,057.00 | $10,000.00 | $6,057.00 |
| 15  Neches Federal Credit Union P.O. Box 1118 Port Neches, TX 77651 | | Purchase Money | | $25,229.00 | $20,000.00 | $5,229.00 |
| 16  Antonio Lewis 2100 Main Ave. Groves, TX 77619 | | Loan to business | | | | $5,000.00 |
| 17  Texas Comptroller 111 E. 17th Street Austin, TX 78774 | | Franchise tax | | | | $3,525.00 |
| 18  Capital One P.O. Box 85617 Richmond, VA 23285 | | Credit Card | Disputed | | | $3,000.00 |
| 19  Bravo Capital 1214 CBS W. 5th St. Austin, TX 78703 | | Purchase Money | Disputed | $9,654.00 | $7,000.00 | $2,654.00 |
| 20  Bravo Capital 1214 CBS W. 5th St. Austin, TX 78703 | | Purchase Money | Disputed | $16,057.00 | $15,000.00 | $1,057.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:    **Lewis Specialties Trucking Service, LLC**                    CASE NO

                                                                    CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  5/4/2018 _____          Signature  _/s/ Antonio Lewis_____
                                                   *Antonio Lewis*
                                                   *President*


Date _____          Signature _____

Debtor(s): **Lewis Specialties Trucking Service, LLC**      Case No:
                                                            Chapter: **11**

Abel Torres
c/o David Swick
1225 North Loop West, Ste. 525
Houston, TX 77008

Fact One Capital
312 Sandy
Argyle, TX 76226

Texas Comptroller
111 E. 17th Street
Austin, TX 78774

Ally
P.O. Box 380901
Bloomington, MN 55438

Houston Collins and Edward Holm
c/o James Lever
P.O. Drawer 809
Hazlehurst, MS 39083

United States Attorney's Office
350 Magnolia Ave., Ste 150
Beaumont, TX 77701-2248

Anthony Thomas
c/o Jill Swearingen Pierce
3120 Central Mall Dr.
Port Arthur, TX 77642

Internal Revenue Service
Centralized Insolvency Operatio
P.O. Box 7346
Philadelphia, PA 19101-7346

Antonio Lewis
2100 Main Ave.
Groves, TX 77619

J&T Maintenance
2100 Main Ave.
Groves, TX 77619

Antonio Lewis
2100 Main Avenue
Groves, TX 77619

Lease Consultants
P.O. Box 71397
Des Moines, IA 50325

Antonio Lewis
5010 Cobblestone Court
Groves, TX 77619

Neches Federal Credit Union
P.O. Box 1118
Port Neches, TX 77651

BFS
5852B Farringdon Place
Raleigh, NC 27615

On Deck
1400 Broadway
New York, NY 10018

Bravo Capital
1214 CBS W. 5th St.
Austin, TX 78703

Pawnee Leasing
700 Centre Ave.
Fort Collins, CO 80526

Capital One
P.O. Box 85617
Richmond, VA 23285

Russel Smith
c/o Clay Dugas
805 Park
Beaumont, TX 77701

Donnie Thibedeaux
c/o Matthew Matheny
P.O. Box 4905
Beaumont, TX 77704

Strada Capitol
23046 Avenida De La Carlota, St
Laguna Hills, CA 92653

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

IN RE:                           §

**Lewis Specialties Trucking Service, LLC**     §

                                      §       Case No. _____

                                      §

             Debtor(s)              §       Chapter    **11** _____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
     I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company]* --
     I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   **5/4/2018** _____      **/s/ Antonio Lewis** _____

                                   Antonio Lewis
                                   President
                                   **Complete EIN: 43-2090347** _____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   **5/4/2018** _____      **/s/ Diane S. Barron** _____

                                   Diane S. Barron, Attorney for Debtor